UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIVE SPRINGS, LLC,<br><br>                            Plaintiff,<br>v.<br>IOTA VIOLET, LLC, et al.,<br><br>                            Defendants. | Case No. 2:15-cv-02280-APG-PAL<br><br>ORDER<br><br>(Mot Consolidate – Dkt. #5) |

Before the court is the Motion to Consolidate (Dkt. #5). The court has considered the Motion, Opposition (Dkt. #11), and Reply (Dkt. #12). The motion requests to consolidate this case with Case No. 2:10-cv-00439-JCM-VCF. A motion to consolidate was also filed in that action.

On December 28, 2015 Judge Ferenbach's entered a written Order (Dkt. #226) denying Five Springs Motion to Intervene in No. 2:10-cv-00439-JCM-VCF. Judge Ferenbach also denied Five Springs identical Motion to Consolidate in a written Order (Dkt. #227) entered January 15, 2016. A few days later Judge Mahan entered an Order denying Five Springs' motions for a Temporary Restraining Order and Motion for Preliminary Injunction as moot because the property at issue in both of these cases was sold before the motions were filed. *See* Order (Dkt. #227). For the reasons articulated in the orders entered by Judges Mahan and Ferenbach consolidation of these two cases is not warranted.

**IT IS ORDERED** that the Motion to Consolidate (Dkt. #5) is **DENIED**.

DATED this 4th day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1